UNITED STATES of America,
Plaintiff–Appellant,

v.

Jerry Wayne DUNN, Defendant–Appellee.

No. 95–30172.

United States Court of Appeals,
Ninth Circuit.

June 26, 1997.

Before: FLETCHER, JOHN T. NOONAN, JR. and RYMER, Circuit Judges.

### ORDER

The opinion, 80 F.3d 402, filed April 9, 1996 is withdrawn.